Rachel E. Kaufman (Cal. Bar No. 259353)
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of all others similarly situated, | Case No. 8:24-cv-01744-JWH-KES |
| *Plaintiff,* | |
| v. | |
| COVERAGEX, LLC, | |
| *Defendant.* | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robertson and Defendant CoverageX, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: November 14, 2024          Respectfully submitted,

By:  */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com

1

Stipulation for Dismissal
*Robertson v. CoverageX, LLC*

KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

Acknowledged and agreed, as of November 14, 2024.

By: */s/ Dwight Beckstrand*
Dwight Beckstrand (Cal Bar No. 256006)
dwight@beckstrandlaw.com.com
BECKSTRAND LAW OFFICES
225 Cyclone Street
Nipomo, CA 93444
Telephone: (805) 235-7150

*Attorney for Defendant CoverageX, LLC*

STIPULATION FOR DISMISSAL
*Robertson v. CoverageX, LLC*